IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HUGO AVILA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:25-cv-00878-O-BP |
| § | |
| TRANSPORT WORKERS UNION § | |
| LOCAL 575, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and Plaintiff's objection thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's request for a temporary restraining order is **DENIED**.

SO ORDERED on this **1st day** of **October, 2025**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**