IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HUGO AVILA, | § § | |
| **Plaintiff,** | § § | |
| v. | § § | No. 4:25-cv-00878-O-BP |
| | § | |
| TRANSPORT WORKERS UNION LOCAL 575, *et al.*, | § § § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** Defendants' Motion to Dismiss (ECF No. 58) is **GRANTED** in part, and Plaintiff's claims in Counts 1 and 3 of the Second Amended Complaint are **DISMISSED**.

**SO ORDERED** this **2nd day** of **April 2026**.

_____
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE